159 A.3d 1282

IN THE MATTER OF GERALD M. SALUTI, AN ATTORNEY
AT LAW (ATTORNEY NO. 041631992)

May 17, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–258 and DRB 16–260, recommending that **GERALD M. SALUTI**, formerly of **NEWARK**, who was admitted to the bar of this State in 1992, and who has been suspended from the practice of law since February 28, 2014, be disbarred for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b)(failure to keep client reasonably informed about a matter), *RPC* 1.5(b)(failure to communicate in writing the basis or rate of fee), *RPC* 1.15(a)(failure to safeguard client funds), *RPC* 1.15(b)(failure to promptly disburse funds to clients), *RPC* 1.15(d)(recordkeeping violations), *RPC* 3.3(a)(1) (misrepresentation to a tribunal), *RPC* 5.3(c) (3) (failure to make reasonable investigation of circumstances that would disclose past instances of conduct by a nonlawyer incompatible with the professional obligations of a lawyer), *RPC* 5.5(a)(unauthorized practice of law, based on violation of *Rule* 1:21–1C(a)(3)(b) ), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And **GERALD M. SALUTI** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **GERALD M. SALUTI** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **GERALD M. SALUTI** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **GERALD M. SALUTI** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **GERALD M. SALUTI** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.